UNITED STATES of America ex rel.
John LYONS, Appellant,

v.

Walter B. MARTIN, Warden,
Appellee.

No. 85, Docket 23160.

United States Court of Appeals,
Second Circuit.

Argued Jan. 5, 1955.

Decided Jan. 25, 1955.

John Lyons, pro se.

Donald L. Jacoby, Brooklyn, N. Y., Nathaniel L. Goldstein, Atty. Gen. of the State of N. Y., Wendell P. Brown, Sol. Gen., Albany, N. Y., for appellee.

Before L. HAND and MEDINA, Circuit Judges, and DIMOCK, District Judge.

PER CURIAM.

The order is modified by striking out the words "on the merits"; but is otherwise affirmed on the authority of Darr v. Burford, 339 U.S. 200, 70 S.Ct. 587, 94 L.Ed. 761 and United States ex rel. Kalan v. Martin, 2 Cir., 205 F.2d 514.